■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD B. HAYES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Balbach, J.), rendered March 8, 1985, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.